# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1153
LT Case No. 2022-CA-000533

_____

COLE LELEUX, DERIVATIVELY as
CO-MANAGING MEMBER of, and
on Behalf of, UNITED LEGION
BJJ, LLC,

      Appellant,

      v.

JOSE DAVID LOPEZ and UNITED
LEGION BRAZILIAN JIU-JITSU,
LLC,

      Appellees.

_____

On appeal from the Circuit Court for Seminole County.
Christopher M. Sprysenski, Judge.

Kevin C. Maxwell, Lake Mary, for Appellant, Cole Leleux.

David Robold, of Law Firm of Olde Winter Park LLC, Orlando,
for Appellee, Jose David Lopez.

Todd M. Hoepker, of Todd M. Hoepker, P.A., Orlando, for
Appellee, United Legion Brazilian Jiu-Jitsu, LLC.

August 20, 2024

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____